No. 91. Hunt *v.* Western Casualty Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. E. C. Street* for petitioner. *Messrs. Charles J. Faulkner, Jr.,* and *W. W. Naman* for respondent.

No. 95. Van Wart *v.* Commissioner of Internal Revenue. October 8, 1934.· Petition for writ of certiorari to the Circuit Court of Appeals for. the Fifth Circuit granted. *Messrs. Frederick R. Gibbs* and *Preston B. Kavanagh* for petitioner. *Solicitor General Biggs* for respondent.

No. 100. White, Collector of Internal Revenue, *v.* Atkins. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. Earle W. Carr* for respondent.

No. 102. Smith *v.* Snow et al. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Amasa C. Paul, Charles Neave, Albert L. Ely, Newton D. Baker,* and *Maurice M. Moore* for petitioner. *Messrs. James F. Williamson* and *Ralph Elmore Williamson* for respondents.

No. 208. Waxham *v.* Smith et al. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Drury W. Cooper, Allan C. Bakewell,* and *Raymond I. Blakeslee*

for petitioner. *Messrs. Charles Neave, Albert L. Ely,* and *Leonard S. Lyon* for respondents.

No. 115. HAMMOND CLOCK Co. *v.* SCHIFF. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Clifford C. Bradbury* for petitioner. *Mr. Alvin E. Stein* for respondent.

No. 120. UNITED STATES *v.* GUARANTY TRUST COMPANY OF NEW YORK. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for the United States. *Messrs. John W. Davis* and *Theodore Kiendl* for respondent.

No. 125. McLAUGHLIN, COLLECTOR OF INTERNAL REVENUE, *v.* PACIFIC LUMBER Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. F. D. Madison, Alfred Sutro, Felix T. Smith, V. K. Butler,* and *Claude R. Branch* for respondent.

No. 127. GREGORY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Hugh Satterlee, Rollin Browne, Charles A. Roberts,* and *George W. Saam* for petitioner. *Solicitor General Biggs* for respondent.